## STATEMENT OF FACTS

Your affiant, ███████, has been a Special Agent with the Federal Bureau of Investigation ("FBI") since 2006 and is the Case Agent assigned to this case. As the Case Agent, the Affiant is familiar with the facts of the case. In my employment as a Special Agent, I have investigated various types of Federal criminal violations, including violent crimes, crimes involving computer crimes. Through training and investigative experience, I have knowledge of a variety of investigative techniques and legal matters, including Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a special agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On January 12, 2021, the FBI received a tip that Adam Christopher MANCUSO ("MANCUSO") had posted IMAGES 1 and 2 below on Facebook and that provided to the FBI screenshots from Facebook that included those images[1]. IMAGE 1 and IMAGE 2 are selfies taken by MANCUSO inside and outside the U.S. Capitol building on January 6, 2021 that show MANCUSO wearing a yellow shirt, black hoodie, brown jacket, backpack, and a black hat with a red Hatchetman[2] logo on it.



**IMAGE 1** – MANCUSO's selfie inside the U.S. Capitol on January 6, 2021.



**IMAGE 2** – MANCUSO's selfie outside the U.S. Capitol on January 6, 2021.

---

[1] The original Facebook photos provided by the tip, IMAGES 1 and 2 are not publicly available and may have been deleted.

[2] The "Hatchetman" is a logo created by a member of the "horrorcore" hip-hop duo the Insane Clown Posse ("ICP") and used by ICP's record label, Psychopath Records. The logo depicts someone doing the running man while wielding a hatchet. Hatchetman, HATCHETPEDIA, https://juggalos.fandom.com/wiki/Hatchetman. ICP fans, commonly known as "juggalos," frequently wear Hatchetman gear and distinctive "evil clown" makeup. Juggalo, WIKIPEDIA, https://en.wikipedia.org/wiki/Juggalo. MANCUSO sells ICP-themed items on "Adam's Stash" and is frequently shown wearing Hatchetman-themed apparel and jewelry in his photos. See IMAGES 2, 3, and 4.

A review of MANCUSO's publicly available Facebook pages found multiple images of MANCUSO wearing the same Hatchetman hat that he wore in the U.S. Capitol on January 6. One such image is reproduced below as IMAGE 3. Furthermore, the investigation found that the watermark in the corner of images 1 and 2 is associated with a Facebook business page doing business as "Adam's Stash." Legal process confirmed that the page belongs to MANCUSO. The page includes a link to an article[3] that identified a picture of MANCUSO (reproduced here as IMAGE 4) wearing a Hatchetman hat, a Hatchetman necklace, and a Hatchetman ring.



**IMAGE 3** – Picture of MANCUSO wearing the same Hatchetman hat from his Facebook page.



**IMAGE 4** – MANCUSO's picture wearing the same Hatchetman hat.

---

[3] *Hampton Beach Lost and Found: How a Michigan Man's ICP Ring Lost at Sea Returned to Him*, Angeljean Chiaramada, Seacoastonline, Jun. 8 2023, https://www.seacoastonline.com/story/news/local/2023/06/08/insane-clown-posse-fan-reunited-with-gold-hatchetman-ring-lost-at-hampton-beach-nh/70290761007.

During the investigation, agents obtained public records that identified an address and vehicle for MANCUSO in Michigan. An agent, who had reviewed video and photographs of MANCUSO from January 6 and his social media, conducted surveillance at MANCUSO's address. A white male was observed over a period of two hours that the agent identified as MANCUSO, the same individual captured in IMAGES 1 and 2 above wearing a Hatchetman hat on January 6 in and around the United States Capitol. The agent took photos of the individual including IMAGE 5 below.



**IMAGE 5** – Photo taken of MANCUSO during surveillance.

Open-source videos, U.S. Capitol security cameras, and self-photographs captured images of MANCUSO participating in the riot at the Capitol on January 6, 2021.

Security video surveillance from inside the Capitol shows that MANCUSO first entered the building at 2:58 p.m. through the Senate Wing door, as shown in IMAGE 6.



**IMAGE 6** – MANCUSO enters through the Senate Wing Door.

Once inside, MANCUSO stopped to take a selfie, as shown in IMAGE 7. He then turned right and proceeded south down the hallway towards the Crypt.



**IMAGE 7** – MANCUSO takes a selfie inside the Senate Wing Lobby.

MANCUSO walked into the Crypt. Inside the Crypt, he grabbed a sign that was leaned against a wall that another rioter previously discarded. The sign was affixed to a pole, had a stuffed eagle attached as a finial, and said on one side, "America First, Never Give Up, Never Surrender," with a picture of an American Flag. On the other side, a surgical mask was attached along with the words CCP that were covered with a red prohibition sign. Shortly thereafter, a police officer confronted MANCUSO, who placed the sign back against the wall and then continued parading through the Crypt, as shown in IMAGES 8 and 9 below.

 

**IMAGE 8** – MANCUSO picks up another rioter's sign.

**IMAGE 9** – MANCUSO puts the sign back after an officer (circled in green) confronts him.

MANCUSO then continued south through the Crypt and into the Hall of Columns, as shown in IMAGE 10. While in the Hall of Columns, MANCUSO stopped to take pictures or record video of the officers lining the hallway. MANCUSO then continued toward the House Carriage Door, as shown in IMAGE 11. He exited the Capitol through that door at around 3:04 p.m.



**IMAGE 10** – MANCUSO takes photos/videos in the Hall of Columns.



**IMAGE 11** – MANCUSO exits through the House Carriage Door.

MANCUSO reentered the Capitol through the East Rotunda Doors around 3:20 p.m., as shown in IMAGE 12. At this time, police had already removed the rioters from the Rotunda and were attempting to clear the Rotunda Lobby. Many rioters had already been expelled from the building when MANCUSO entered.



**IMAGE 12** – MANCUSO enters the Rotunda Lobby.

Once inside the Rotunda Lobby, MANCUSO worked his way to the front of the mob. He then stopped, used a vaping device, and used his cell phone to record a video, as shown in IMAGE 13.



**IMAGE 13 –** MANCUSO records a video while vaping inside the Rotunda Lobby.

MANCUSO then took off his backpack and pulled out a gas mask, as shown in IMAGE 14. Then MANCUSO donned the gas mask, as shown in IMAGE 15, and continued to make his way to the front of the mob.


**IMAGE 14** – MANCUSO pulls a gas mask out of his backpack in the Rotunda Lobby.


**IMAGE 15** – MANCUSO dons a gas mask in the Rotunda Lobby.

At the front, MANCUSO raised and held his arms in the air, seemingly to record a video of the events on his cell phone, as rioters pushed against officers as shown in IMAGE 16. MANCUSO is directly next to officers on the line. He is briefly chest to chest with an officer, who pushed MANCUSO away from the police line as shown in IMAGE 17.


**IMAGE 16** – MANCUSO holds his phone close to a Capitol police officer's face while filming.



**IMAGE 17** – An officer pushes MANCUSO back from the police line.

During the following three minutes, officers were able to push the mob further away from the Rotunda, which forced MANCUSO toward the exit. MANCUSO continued to film, but eventually left the building around 3:27 p.m., as shown in IMAGE 18.



**IMAGE 18** – MANCUSO exits the Rotunda Lobby.

On January 6, 2021, MANCUSO was not authorized to be in any of the restricted areas on U.S. Capitol grounds, including the Capitol building.

Based on the foregoing, your affiant submits that there is probable cause to believe that MANCUSO violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that MANCUSO violated 40 U.S.C. § 5104(e)(2)(D) & (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of august 2024.

_____
G. Michael Harvey, U.S. Magistrate Judge