AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Adam Christopher Mancuso (AKA: "MANCUSO")<br><br>*Defendant* | Case: 1:24-mj-00270<br>Assigned To : Judge G. Michael Harvey<br>Assign. Date : 8/23/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Adam Christopher Mancuso,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions,;
40 U.S.C. § 5104(e)(2)(D) -Disorderly Conduct in a Capitol Building or Grounds,;
40 U.S.C. § 5104(e)(2)(G)-Parading, Demonstrating, or Picketing in a Capitol Building,.

Date: 08/23/2024                                                        *Issuing officer's signature*

City and state:    Washington, D.C.             G. Michael Harvey, U.S. Magistrate Judge
                                                                                *Printed name and title*

---

### Return

This warrant was received on *(date)* 8/23/2024, and the person was arrested on *(date)* 8/28/2024
at *(city and state)* Laurium, MI

Date: 8/28/2024
                                                                                *Arresting officer's signature*

                                                                                Richard Grout, SA, FBI
                                                                                *Printed name and title*